No. 18-mj-2389-MBB

# AFFIDAVIT OF SPECIAL AGENT PATRICK FLAHERTY IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Patrick Flaherty, having been duly sworn, do hereby depose and state as follows:

## Agent Background

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since July 2007. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2003, I graduated from the University of Massachusetts at Boston with a B.S. degree in Political Science and Philosophy and Public Policy. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. immigration documents, U.S. passports, and identity documents. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. The DBFTF is currently investigating suspected aliens, predominately from the Dominican Republic, who are believed to have obtained stolen identities of United States citizens living in Puerto Rico and used those identities to obtain public benefits which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles identity documents, Social Security numbers, Medicaid, and public housing. Among other things, a comparison of public benefits

records revealed numerous identities who received public benefits in Puerto Rico and Massachusetts on or about the exact same date.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging FERNANDO CEDENO CARPIO with Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint.

## Probable Cause

### The RMV Application

5. On December 4, 2017, an individual appeared in person at a Massachusetts Registry of Motor Vehicles ("RMV") office and submitted an application for renewal of Class A (commercial) driver's license no. Sxxxx4437. The applicant represented on the application that he was a person whose initials are G.V. with a date of birth of xx/xx/1980, a Social Security Number ("SSN") xxx-xx-3878,[1] a residential address in Dorchester, Massachusetts, and a mailing address in Houston, Texas. The applicant did not sign with a full name; he signed the application "GVM." He signed under penalty of perjury. His application was granted.

---

[1] I am protecting the identity of the victim of the crimes alleged herein by using his initials instead of his full name. His initials are G.V. or G.V.M., depending on whether one uses both his paternal and maternal last names (as is common in Puerto Rico and the Dominican Republic) or only his paternal last name.

2

6. The records in the RMV file for this individual indicate that he was photographed by the RMV on May 8, 2013, when he first applied for an RMV document (a Massachusetts ID card). That photograph is stored in the RMV database.

### Confirmation of Valid Social Security Number

7. The Social Security Administration has confirmed that SSN xxx-xx-3878 was assigned to G.V.M. in Puerto Rico.

### Identification of the Imposter

8. A facial recognition query in the State Department's Consular Consolidated Database using the May 8, 2013, photograph in the above-referenced RMV file returned a match to a photo associated with an application for an F23 visitor visa (a visa for the child of someone who is either the spouse or the child of a lawful permanent resident), visa form no. xxxx7832, in the name of FERNANDO CEDENO CARPIO, born xx/xx/1984 in the Dominican Republic. The application was granted. The visa was issued on April 18, 2005, and expired on June 25, 2005.

9. The record for the above visa application noted that FERNANDO CEDENO CARPIO was assigned "alien file" number Axx-xxx-786. United States Citizenship and Immigration Services (USCIS) keeps alien files for immigrants entering the United States.

10. Documents in alien file Axx-xxx-786 indicate that FERNANDO CEDENO CARPIO was born on xx/xx/1984 in Higuey, Dominican Republic, and that he entered the United States on April 27, 2005, on an F23 visa and Dominican passport no. xxxx328. This alien file contains a photograph and a single fingerprint on a Form I-89.

11. A person who identified himself as FERNANDO CEDENO-CARPIO, who said that he was born in the Dominican Republic on xx/xx/1984, was arrested in Lawrence, Massachusetts, on or about October 13, 2011, and charged with Trafficking in More than 28

Grams of Cocaine in a School Zone. As part of the booking process, the Lawrence Police Department photographed and took fingerprint impressions from this arrestee.[2]

12.   The fingerprint impressions from (i) FERNANDO CEDENO CARPIO's alien file and (ii) the Lawrence Police Department arrest of FERNANDO CEDENO-CARPIO were submitted to the HSI Forensic Lab for analysis. The HSI Forensic Lab determined that these fingerprint impressions belong to the same individual.

13.   I have reviewed a copy of Dominican cedula (national identity card) no. xxx-xxxx159-4 in the name of FERNANDO CEDENO CARPIO, born on xx/xx/1984 in Higuey, D.R. There is a photograph associated with the cedula.

14.   I have compared the following three photographs and they appear to depict the same person: (a) photograph associated with Dominican cedula no. xxx-xxxx159-4 in the name of FERNANDO CEDENO CARPIO; (b) photograph associated with F23 visa form no. xxxx7832 in the name of FERNANDO CEDENO CARPIO; and (c) RMV database photograph taken May 8, 2013, of an individual using the name G.V., date of birth xx/xx/1980, SSN xxx-xx-3878, who successfully applied for renewal of a Massachusetts commercial driver's license on December 4, 2017. In addition, the man in the October 14, 2011, Lawrence arrest photograph bears a strong resemblance to the man in the photographs above.

15.   Puerto Rican authorities have a record for a learner's permit no. xxxx702 issued on January 23, 2015, to G.V.M., date of birth xx/xx/1980, SSN xxx-xx-3878. There is a photograph associated with that record.

---

[2] FERNANDO CEDENO-CARPIO failed to appear in Lawrence District Court on November 9, 2011, and a warrant was issued for his arrest. That warrant remains outstanding. The Lawrence arrest also constituted a parole violation following FERNANDO CEDENO CARPIO's conviction in Mississippi in or about 2008 for possession of cocaine. An arrest warrant was issued out of Mississippi for the parole violation. That warrant is also outstanding.

16. The person depicted in the four photographs identified in paragraph 14 above is clearly not the same person depicted in the photograph identified in paragraph 15 above.

### Conclusion

17. Based on the foregoing, I have probable cause to believe that, on or about December 4, 2017, FERNANDO CEDENO CARPIO:

   a. falsely represented, with intent to deceive and for any purpose, a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B); and

   b. knowingly transferred, possessed, and used, during and in relation to any felony violation enumerated in 18 U.S.C. 1028A(c), and without lawful authority, a means of identification of another person, in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury.

PATRICK FLAHERTY
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on July 24, 2018

MARIANNE B. BOWLER
United States Magistrate Judge

5