CLOSED,INTERPRETER

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:18-mj-01186 All Defendants
### Internal Use Only

Case title: USA v. Carpio  
Other court case number: 1:18mj02389 Massachusetts District Court - Boston

Date Filed: 07/26/2018  
Date Terminated: 08/13/2018

Assigned to: Magistrate Judge Christina A Bryan

**Defendant (1)**

**Fernando Cedeno Carpio**  
*TERMINATED: 08/13/2018*

represented by **Kevin Michael Acevedo-Carlson**  
The Gonzalez Law Group PLLC  
8876 Gulf Fwy  
Ste 420  
Houston, TX 77017  
832-530-4070  
Email: kevin@gonzalezlawgroup.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Houston Interpreter**  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

## Disposition

42:408 Misuse of SSN; 18:1028
Aggravated ID Theft

## Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2018 | 1 | Copy of Complaint from the Massachusetts District Court - Boston Division 1:18mj02389 as to Fernando Cedeno Carpio, filed.(kmurphyadi, 4) (Entered: 07/26/2018) |
| 07/26/2018 | | Arrest (Rule 40) of Fernando Cedeno Carpio. (kmurphyadi, 4) (Entered: 07/26/2018) |
| 07/26/2018 | | ***Set Hearing as to Fernando Cedeno Carpio: Initial Appearance - Rule 40 set for 7/26/2018 at 10:00 AM before Magistrate Judge Christina A Bryan (kmurphyadi, 4) (Entered: 07/26/2018) |
| 07/26/2018 | | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: INITIAL APPEARANCE as to Fernando Cedeno Carpio, (Deft informed of rights) held on 7/26/2018. Order of Temporary Detention Pending Hearing 7/27/2018 at 2:30 p.m.. Counsel Determination Hearing set for 7/27/2018 at 02:30 PM in Courtroom 701 before Magistrate Judge Christina A Bryan Appearances:Hays Jenkins.(ERO:S. Warda) (Interpreter:Spanish) Deft remanded to Custody, filed.(cjan, 4) (Entered: 07/26/2018) |
| 07/26/2018 | | Interpreter needed as to Fernando Cedeno Carpio. Language: SPANISH. Houston Interpreter for Fernando Cedeno Carpio added. (cjan, 4) (Entered: 07/26/2018) |
| 07/26/2018 | 4 | Sealed Financial Affidavit CJA 23 by Fernando Cedeno Carpio, filed. (Entered: 08/09/2018) |
| 07/27/2018 | | COUNSEL DETERMINATION HEARING Minute Entry for proceedings held on 7/27/2018 before Magistrate Judge Christina A Bryan as to Fernando Cedeno Carpio. Defendant appeared with counsel. Defendant waives Identity, Preliminary and Waiver of Rule 5 & 5.1 Hearings executed, Court finds identity, Court finds probable cause. Detention Hearing set for 8/2/2018 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan Appearances: AUSA Hays Jenkins f/USA; Maria Holmes for Kevin Acevedo-Carlson Retained (Retained) f/Deft.(ERO:Yes) (Interpreter: Yes) (Pretrial Officer: D Hernandez) Defendant remanded to custody, filed.(kmurphyadi, 4) (Entered: 07/30/2018) |

| | | |
|---|---|---|
| 07/27/2018 | 2 | WAIVER of Rule 5 & 5.1 Hearings by Fernando Cedeno Carpio, filed. (kmurphyadi, 4) (Entered: 07/30/2018) |
| 08/02/2018 | 3 | NOTICE OF ATTORNEY APPEARANCE: Kevin Michael Acevedo-Carlson appearing for Fernando Cedeno Carpio *Notice of Appearance*, filed.(Acevedo-Carlson, Kevin) (Entered: 08/02/2018) |
| 08/02/2018 | | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: DETENTION HEARING as to Fernando Cedeno Carpio not held on 8/2/2018 Detention Hearing reset by the request of Defendant's counsel for 8/8/2018 at 11:00 AM in Courtroom 700 before Magistrate Judge Nancy K Johnson> Appearances:Michael Day. Kevin Michael Acevedo-Carlson.(ERO:S. Warda) (Interpreter:None) Deft remanded to Custody, filed.(cjan, 4) (Entered: 08/02/2018) |
| 08/08/2018 | | Minute Entry for proceedings held before Magistrate Judge Nancy K Johnson: DETENTION HEARING (NOT HELD) CONTINUED UNTIL 08.10.18 @10AM as to Fernando Cedeno Carpio held on 8/8/2018. Appearances:AUSA Mike Day, Houston Interpreter, Kevin Michael Acevedo-Carlson.(ERO:Yes) (Interpreter:Yes) Deft remanded to Custody, filed.(sjones, 4) (Entered: 08/09/2018) |
| 08/08/2018 | 5 | Order of Temporary Detention Pending Hearing as to Fernando Cedeno Carpio Detention Hearing continued until 8/10/2018 at 10:00 AM in Courtroom 700 before Magistrate Judge Nancy K Johnson ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, 4) (Entered: 08/09/2018) |
| 08/09/2018 | 6 | Unopposed MOTION to Continue Detention Hearing by Fernando Cedeno Carpio, filed. (Acevedo-Carlson, Kevin) (Entered: 08/09/2018) |
| 08/09/2018 | 7 | ORDER granting 6 Motion to Continue as to Fernando Cedeno Carpio (1) Detention Hearing reset for 8/10/2018 at 02:00 PM in Courtroom 700 before Magistrate Judge Nancy K Johnson.(Signed by Magistrate Judge Nancy K Johnson.) Parties notified.(sjones, 4) (Entered: 08/09/2018) |
| 08/10/2018 | | Minute Entry for proceedings held before Magistrate Judge Nancy K Johnson: DETENTION HEARING as to Fernando Cedeno Carpio held on 8/10/2018. Gov't exhibits 1,2,3a; 4-10 WERE ADMITTED ON THE RECORD. Order of Detention Pending Trial to be entered. Deft Ordered Removed to Originating District. Appearances: Kevin Michael Acevedo-Carlson, Mike Day(ERO:Yes) (Interpreter:Yes) Deft remanded to Custody, filed.(sjones, 4) (Entered: 08/13/2018) |
| 08/10/2018 | 8 | ORDER OF DETENTION PENDING Trial as to Fernando Cedeno Carpio ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, 4) (Entered: 08/13/2018) |
| 08/10/2018 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Fernando Cedeno Carpio. Defendant committed to the Massachusetts District Court. ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, |

|  |  |  |
|---|---|---|
|  |  | 4) (Entered: 08/13/2018) |
| 08/13/2018 |  | RULE 5 Papers sent via email to Massachusetts District Court Division as to Fernando Cedeno Carpio, filed.(sjones, 4) (Entered: 08/13/2018) |
| 08/13/2018 | 🔒 | (Court only) ***Case Terminated as to Fernando Cedeno Carpio (sjones, 4) (Entered: 08/13/2018) |