10644175

FILED
IN CLERKS OFFICE

2018 OCT -1

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>FERNANDO CEDENO CARPIO<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18-mj-2389-MBB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FERNANDO CEDENO CARPIO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

2018 JUL 25 P 12: (RECEIVED U.S. MARSHALS SERVICE)

This offense is briefly described as follows:

1. Misuse of Social Security Number, in violation of 42 U.S.C. 408(a)(7)(B)
2. Aggravated Identity Theft, in violation of 18 U.S.C. 1028A

Date: 07/24/2018

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* ~~WARRANT EXECUTED BY~~ ICE |
| Date: ~~BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON~~ 7/26/18 |

*Arresting officer's signature*

*Printed name and title*